# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 99 C 7913 | **DATE** | 7/10/2001 |
| **CASE TITLE** | Kristine L. Holian vs. Village of Holiday Hills | | |

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**MOTION:**

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry]  Enter Memorandum Order. Hetz' counsel are ordered to amend his Answer to Holian's First Amended Complaint by a filing on or before July 20, 2001, to conform the existing Answer to the matters that he is bound to admit by reasons of that conviction.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | **Document Number** |
| | No notices required. | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | JUL 1 2 2001 | 19 |
| | Notified counsel by telephone. | | date docketed | |
| | Docketing to mail notices. | | | |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | ED-7 FILED FOR DOCKETING | 7/11/2001 | |
| | | 01 JUL 11 PM 4: 08 | date mailed notice | |
| SN | courtroom deputy's initials | Date/time received in central Clerk's Office | SN | mailing deputy initials |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KRISTINE L. HOLIAN,                 )
                                    )
                 Plaintiff,         )
                                    )
     v.                             )     No.  99 C 7913
                                    )
VILLAGE OF HOLIDAY HILLS, et al.,   )
                                    )
                 Defendants.        )

DOCKETED

JUL 1 2 2001

MEMORANDUM ORDER

In certain respects, this 42 U.S.C. §1983 ("Section 1983")
action by Kristine Holian ("Holian") against Village of Holiday
Hills ("Village") and its one-time police officer Troy Hetz
("Hetz") has long since been placed on the back burner because of
the pending criminal charges against Hetz arising out of the same
incident on which Holian sues.  Now, after a substantial number
of delays in the setting of Hetz' criminal trial, a bench trial
has produced a guilty verdict on July 5 on charges (1) of
intimidating Holian into having sex with him on the hood of his
squad car in exchange for not giving her a speeding ticket and
(2) official misconduct.

This action has previously been set for a next status
hearing at 9 a.m. July 24, 2001, and that date remains in effect.
But in the meantime:

     1.  Hetz' counsel are ordered to amend his Answer to
Holian's First Amended Complaint by a filing on or before
July 20, 2001, to conform the existing Answer to the matters

that he is bound to admit by reason of that conviction.

2.   All parties should immediately discuss the scheduling of Hetz' deposition (which has previously been deferred because of Hetz' Fifth Amendment concerns), in order that they may report on July 24 on that and all other aspects of scheduling, looking to a trial of this action at the earliest feasible date.

_____

Milton I. Shadur
Senior United States District Judge

Date:   July 10, 2001